UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GERVIN CHACON-MEJIA,

    Plaintiff,

vs.          Case No. 2:11-cv-219-FtM-29DNF

RADNO, INC. a Florida profit corporation doing business as Goldcoast Salad, PETER RADNO individually,

    Defendant.
_____

**OPINION AND ORDER**

  This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #22), filed September 2, 2011, recommending that the Joint Motion for Approval of FLSA Settlement (Doc. #21) be granted, the Settlement Agreement and Release (Doc .#21-1) be approved as fair and reasonable, and the case dismissed. No objections have been filed and the time to do so has expired.

  After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #22) is hereby **adopted**.

2. The Joint Motion for Approval of FLSA Settlement (Doc. #21) is **GRANTED** and the Settlement Agreement and Release (Doc .#21-1) be **approved** as fair and reasonable.

3. The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all pending motions and deadlines, and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this ___3rd___ day of October, 2011.

JOHN E. STEELE
United States District Judge

Copies: Hon. Douglas N. Frazier; Counsel of Record